UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2019 SEP -4 P 4:27
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALIM TURNER,
    a/k/a "Baby Popoff,"
USHERY MICHAEL STEWART,

CHRISTOPHER ANDREW HOUNSCHELL,
    a/k/a "Woogie," and

    Defendants.

No. 3:19-CR 151

JUDGES Varlan/Poplin

# INDICTMENT
## COUNT ONE

The Grand Jury charges that, beginning at least as early as in or around June of 2018, continuing through on or about August 2, 2019, in the Eastern District of Tennessee and elsewhere, the defendants,

ALIM TURNER,
a/k/a "Baby Popoff,"
USHERY MICHAEL STEWART,
a/k/a "Ushery,"

CHRISTOPHER ANDREW HOUNSCHELL,
a/k/a "Woogie," and

did combine, conspire, confederate, and agree with each other, and other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute, and to possess with intent

to distribute, fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

**Drug Trafficking Forfeiture Allegations**

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and/or 841, the defendants, ALIM TURNER, a/k/a "Baby Popoff," USHERY MICHAEL STEWART, ▮▮▮▮▮▮▮▮▮▮▮▮▮ CHRISTOPHER ANDREW HOUNSCHELL, a/k/a "Woogie," and ▮▮▮▮▮▮▮▮▮▮ shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including but not limited to the following:

    A. **Money Judgment**

        Proceeds the defendants, ALIM TURNER, a/k/a "Baby Popoff," USHERY MICHAEL STEWART, ▮▮▮▮▮▮▮▮▮▮▮ CHRISTOPHER ANDREW HOUNSCHELL, a/k/a "Woogie," and ▮▮▮▮▮▮▮▮ personally obtained as a result of the violations of Title 21, United States Code, Sections 841 and/or 846 from the sale of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

    B. **U.S. Currency**

        $13,130.00 U.S. currency seized from ▮▮▮▮▮▮▮▮▮▮▮▮▮ on or about August 2, 2019.

Pursuant to Title 21, United States Code, Section 853(p), each defendant shall forfeit substitute property, up to the value of the property subject to forfeiture, if by any act or omission of the defendant, the property, or any portion thereof:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL:

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

KEVIN QUENCER
Assistant United States Attorney