# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.   Case No.: 3:19–cr–00151–TAV–DCP

USHERY MICHAEL STEWART

## ORDER OF DETENTION PENDING TRIAL

    Defendant Ushery Michael Stewart appeared for a detention hearing before the undersigned on September 5, 2019. Defendant was advised of the right to a detention hearing. Upon being duly sworn, and with advice of counsel, defendant waived the right to a detention hearing with the understanding that a hearing will be granted at a later date on motion of defendant. Pending further hearings in this matter, defendant shall be held in custody by the United States Marshal and produced for future hearings.

ENTER.

s/Debra C Poplin
UNITED STATES MAGISTRATE JUDGE