UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ALIM TURNER,<br>    a/k/a "Baby Popoff," et al.,<br><br>        Defendants. | No. 3:19-CR-151<br><br>JUDGES VARLAN/POPLIN |

## Motion to Unseal the Indictment

The United States respectfully requests that this Court fully unseal the Indictment in the above captioned case as to all defendants.

Respectfully submitted this the 6th day of September, 2019.

                                        J. DOUGLAS OVERBEY
                                        UNITED STATES ATTORNEY

        By:    *s/ Kevin S. Quencer*
                KEVIN S. QUENCER
                VA BAR #77212
                Assistant United States Attorney
                800 Market Street, Suite 211
                Knoxville, Tennessee 37902
                (865) 545-4167
                Kevin.quencer@usdoj.gov